AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York  [▼]

| | | |
|---|---|---|
| ANDY RYAN PHOTOGRAPHER, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   24-CV-07787 (JLR) |
| DAGNY'S REAL ESTATE, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Defendant DAGNY'S REAL ESTATE, LLC                                                     .

Date:     12/05/2024

*Richard S. Schurin*
*Attorney's signature*

Richard S. Schurin (RS0199)
*Printed name and bar number*
STERN & SCHURIN LLP
595 Stewart Avenue
Garden City, N.Y. 11530

*Address*

rschurin@sternschurin.com
*E-mail address*

(516) 248-0300
*Telephone number*

(516) 283-0277
*FAX number*