**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDY RYAN PHOTOGRAPHER, LLC,

                            Plaintiff,

      -against-

DAGNY'S REAL ESTATE, LLC, *et al.*,

                         Defendants.
------------------------------------------------------------X

**SCHEDULING ORDER**

24 Civ. 7787 (KMK)(JCM)

     The Court has scheduled a Status Conference for December 8, 2025 at 11:30 a.m. before

Magistrate Judge Judith C. McCarthy in Courtroom 421.

Dated:  October 17, 2025
         White Plains, New York

                              **SO ORDERED:**

                              JUDITH C. McCARTHY
                              United States Magistrate Judge