

595 STEWART AVENUE
SUITE 510
GARDEN CITY, NY 11530
TEL. (516) 248-0300
FAX (516) 283-0277
WWW.STERNSCHURIN.COM

## STERN & SCHURIN LLP
### PATENTS TRADEMARKS COPYRIGHTS

May 21, 2026

**Via ECF**
Honorable Kenneth M. Karas
United States District Court Judge
Hon Charles L. Brieant Jr. Courthouse
White Plains, N.Y.10060

   Re: *Andy Ryan Photographer LLC v. Dagny's Real Estate LLC et al*
     24-cv-7787 (KMK) (JCM)

Dear Judge Karas

   This firm represents Defendant Dagny's Real Estate LLC. We write pursuant to Your Honor's Individual Rules and S.D.N.Y. Local Rules to request a two-week extension of briefing schedule recently adopted for the parties' summary judgment motions. (See Minute Entry of 5/6/2026)

   The Plaintiff Andy Ryan Photographer LLC consents to this request.

   The original adopted dates and proposed new dates are shown below:

|  | Original Date | Proposed New Date |
|---|---|---|
| Movant's motion due | 06/05/2026 | 06/19/2026 |
| Oppositions due | 06/26/2026 | 07/10/2026 |
| Replies due | 07/03/2026 | 07/17/2026 |

   There have been no previous requests for an adjournment of the briefing schedule.

So Ordered.

_/s/_

5/21/26

Respectfully submitted
**STERN & SCHURIN LLP**
*Richard S. Schurin*

Richard S. Schurin