Case 7:24-cv-07787-KMK-JCM Document 102 Filed 07/17/26 Page 1 of 2

595 STEWART AVENUE
SUITE 510
GARDEN CITY, NY 11530
TEL. (516) 248-0300
FAX (516) 283-0277
WWW.STERNSCHURIN.COM

**STERN & SCHURIN LLP**
PATENTS TRADEMARKS COPYRIGHTS

July 17, 2026

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court Judge
The Hon. Charles L. Brieant Jr. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**Re:** ***Andy Ryan Photographer LLC v. Dagny's Real Estate LLC,***
**Case No. 24-cv-7787 (KMK) (JCM) (S.D.N.Y.)**

Dear Judge Karas:

This firm represents Defendant Dagny's Real Estate LLC ("Dagny's") in the above-captioned matter. Pursuant to Your Honor's Individual Rules and the Protective Order entered in this action (Dkt. 46), we respectfully submit this letter motion for leave to file under seal unredacted versions of the following: Dagny's Reply Memorandum of Law in further support of Motion for Summary Judgment filed by Plaintiff Andy Ryan Photographer LLC ("Ryan"); and the Supplemental Declaration of Richard S. Schurin submitted in support of Opposition, all filed in further to Dagny's motion for summary judgment (Dkt. 77).

We have conferred with counsel for Plaintiff Andy Ryan Photographer LLC ("Ryan"), who consents to this motion.

A portion of the Reply Memorandum refers to a settlement agreement that Ryan has designated as Confidential Attorney-Eyes Only pursuant to the terms of the Protective Order entered in this case.

Exhibit 2 to the Supplemental Declaration of Richard Schurin is the full deposition transcript of Ryan which refers in places to terms of the aforementioned settlement agreement and other agreements that Ryan has designed as Confidential Attorney-Eyes Only pursuant to the terms of the Protective Order entered in this case.

Ryan has taken the position that the information and documents which Dagny's request be sealed herein are either proprietary, commercially sensitive information or are subject to agreements of confidentiality in other matters that would harm Ryan and others if filed on the public docket. Dagny's is willing to honor Ryan's requests at this time, subject to further review. Dagny's request herein is also narrowly tailored to protect only the information designated as

Case 7:24-cv-07787-KMK-JCM Document 102 Filed 07/17/26 Page 2 of 2



confidential by Ryan.

Dagny's respectfully requests that the Court permit it to file this document and Exhibit under seal in connection with the aforementioned motion for summary judgment.

Granted, but redacted versions of the sealed filings within two weeks.

So Ordered.

7/17/26

Respectfully submitted,

**STERN & SCHURIN LLP**

By: Richard S. Schurin

Richard Schurin
rschurin@sternschurin.com
Maya Addady
maddady@sternschurin.com
595 Stewart Avenue, Suite 510
Garden City, NY 11530
Telephone: (516) 248-0300
Facsimile: (516) 283-0277

*Attorneys for Defendant*
*Dagny's Real Estate, LLC*