UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andy Ryan Photographer, LLC
a New York limited liability company,

Plaintiff,

-v-

Dagny's Real Estate LLC
a Connecticut limited liability company,

Defendant.

24-CV-07787 (KMK)
AMENDED
CALENDAR NOTICE

Please take notice that the above captioned action has been scheduled for oral argument on the pending Motions before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday, November 4, 2026 at 12:00 p.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601. Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: October 18, 2026
White Plains, New York

So Ordered

Kenneth M. Karas, U.S.D.J