595 STEWART AVENUE
SUITE 510
GARDEN CITY, NY 11530
TEL. (516) 248-0300
FAX (516) 283-0277
WWW.STERNSCHURIN.COM

**STERN & SCHURIN LLP**
PATENTS TRADEMARKS COPYRIGHTS

October 20, 2026

**Via ECF**
Honorable Kenneth M. Karas
United States District Court Judge
Hon Charles L. Brieant Jr. Courthouse
White Plains, N.Y.10060

Re: *Andy Ryan Photographer LLC v. Dagny's Real Estate LLC et al*
24-cv-7787 (KMK) (JCM)

Dear Judge Karas

This firm represents Defendant Dagny's Real Estate LLC.

We write pursuant to Your Honor's Individual Rules I. C. to request an adjournment of the oral argument scheduled in the Court's Amended Calendar Notice of 10/19/2026 (Dkt. 112) for November 4, 2026. Plaintiff Andy Ryan Photographer LLC consents to this request.

We respectfully submit that good cause exists for the requested adjournment as the undersigned has a pre-booked short vacation for which he is not scheduled to return until the late afternoon of November 4, 2026. Accordingly, the parties request an adjournment of oral argument to a later date and time convenient to the Court. For purposes of future scheduling, we wish to advise the Cout that the undersigned has existing pre-scheduled all-day mediations in other matters on November 10 and November 17.

Granted. The oral argument is adjourned to 11/ 12 /26, at 2:00

So Ordered.

10/20/26

Respectfully submitted
**STERN & SCHURIN LLP**
*Richard S. Schurin*

Richard S. Schurin