STERN & SCHURIN LLP
PATENTS TRADEMARKS COPYRIGHTS

595 STEWART AVENUE
SUITE 510
GARDEN CITY, NY 11530
TEL. (516) 248-0300
FAX (516) 283-0277
WWW.STERNSCHURIN.COM

June 18, 2026

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court Judge
The Hon. Charles L. Brieant Jr. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**Re:** ***Andy Ryan Photographer LLC v. Dagny's Real Estate LLC,***
**Case No. 24-cv-7787 (KMK) (JCM) (S.D.N.Y.)**

Dear Judge Karas:

This firm represents Defendant Dagny's Real Estate LLC ("Dagny's") in the above-captioned matter. Pursuant to Your Honor's Individual Rules and the Protective Order entered in this action (Dkt. 46), we respectfully submit this letter motion for leave to file under seal unredacted versions of Dagny's Memorandum of Law, Rule 56.1 Statement of Material Facts and certain exhibits attached to the Declaration of Richard S. Schurin, all filed in support of Dagny's Motion for Summary Judgment.

We have conferred with counsel for Plaintiff Andy Ryan Photographer LLC ("Ryan"), who consents to this motion.

Portions of the Memorandum and Rule 56.1 Statement of Material Facts refer to financial information, including license and settlement agreements, that Ryan has designated as Confidential Attorney-Eyes Only pursuant to the terms of the Protective Order.

Exhibit 2 to the Schurin Declaration includes excerpts of the deposition transcript of Ryan, which contain testimony relating to the same financial information and settlement and licensing agreements that Ryan has designated as Confidential Attorneys-Eyes Only pursuant to the terms of the Protective Order.

Exhibits 13 and 15 to the Schurin Declaration are copies of said settlement agreements that Ryan has designated as Confidential Attorneys-Eyes Only pursuant to the terms of the Protective Order.

Exhibit 17 to the Schurin Declaration is a copy of a license agreement that Ryan has designated as Confidential Attorneys-Eyes Only pursuant to the terms of the Protective Order.

Ryan has taken the position that all of the information and documents which Dagny's request to be sealed herein are either proprietary, commercially sensitive information or are subject to agreements of confidentiality in other matters that would harm Ryan and others if filed on the public docket. Dagny's is willing to honor Ryan's requests at this time, subject to further review. Dagny's request herein is also narrowly tailored to protect only the information designated as confidential by Ryan.

Dagny's respectfully requests that the Court permit it to file these documents and Exhibits under seal in connection with the aforementioned motion for summary judgment.

Dated: June 19, 2026
Garden City, New York

Respectfully submitted,

**STERN & SCHURIN LLP**

By: *Richard S. Schurin*

Richard Schurin
rschurin@sternschurin.com
Maya Addady
maddady@sternschurin.com
595 Stewart Avenue, Suite 510
Garden City, NY 11530
Telephone: (516) 248-0300
Facsimile: (516) 283-0277

*Attorneys for Defendant*
*Dagny's Real Estate, LLC*

Enclosures

The Court has reviewed the proposed redactions and sealed documents and finds that they serve compelling interests outweighing the First Amendment and common law rights of access to the redacted and sealed material.

Accordingly, this Motion to Seal is GRANTED.

So ordered.

November 6, 2026