Attorneys admitted in
California, New York,
Texas, Colorado, and
Illinois

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

July 10, 2026

**<u>DELIVERED VIA ECF</u>**
Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

**Case:** ***Andy Ryan Photographer, LLC v. Dagny's Real Estate, LLC***
***24-cv-07787 (KMK)(JCM)***
**Re:** **Motion to Seal Certain Documents**

Your Honor,

This firm represents Plaintiff Andy Ryan Photographer, LLC ("Plaintiff") in the above-referenced matter. Pursuant to Your Honor's Individual Rules and the Protective Order entered in this action (Dkt. 46), we respectfully submit this letter motion for leave to file under seal unredacted versions of the following: Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment (Dkt. 71) and Exhibit 13 to the Declaration of Andrew Ryan in Opposition to Defendant's Motion for Summary Judgment (Dkt 71).

Good cause exists for this request. The protective order in this action treats as confidential any "document or information that is proprietary, a trade secret, or otherwise sensitive non-public information." (ECF 46 at 1). Plaintiff's memorandum and Exhibit 13 contain quoted language from and discussion of the terms of confidential settlement agreements between Plaintiff and third parties to this litigation, which were marked "confidential – attorneys' eyes only" pursuant to the parties' stipulated protective order. A redacted version removing only those references will be publicly filed. We thank Your Honor for your attention to this matter.

Respectfully submitted,

*<u>/s/ David MS Jenkins</u>*
David MS Jenkins, Esq.
*Attorney for Plaintiff*

The Court has reviewed the proposed redactions and sealed documents and finds that they serve compelling interests outweighing the First Amendment and common law rights of access to the redacted and sealed material.

Accordingly, this request to seal is GRANTED.

So ordered.

______________________________
Hon. Kenneth M. Karas
United States District Judge

November 6, 2026