STERN & SCHURIN LLP
PATENTS TRADEMARKS COPYRIGHTS

595 STEWART AVENUE
SUITE 510
GARDEN CITY, NY 11530
TEL. (516) 248-0300
FAX (516) 283-0277
WWW.STERNSCHURIN.COM

July 10, 2026

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court Judge
The Hon. Charles L. Brieant Jr. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**Re:** ***Andy Ryan Photographer LLC v. Dagny's Real Estate LLC,***
**Case No. 24-cv-7787 (KMK) (JCM) (S.D.N.Y.)**

Dear Judge Karas:

This firm represents Defendant Dagny's Real Estate LLC ("Dagny's") in the above-captioned matter. Pursuant to Your Honor's Individual Rules and the Protective Order entered in this action (Dkt. 46), we respectfully submit this letter motion for leave to file under seal unredacted versions of the following: Dagny's Memorandum of Law in Opposition to Motion for Summary Judgment filed by Plaintiff Andy Ryan Photographer LLC ("Ryan"); Dagny's Rule 56.1 Counterstatement of Material Facts and certain exhibits attached to the Declaration of Richard S. Schurin submitted in support of Opposition, all filed in opposition to Ryan's motion for summary judgment (Dkt. 77).

We have conferred with counsel for Plaintiff Andy Ryan Photographer LLC ("Ryan"), who consents to this motion.

A portion of the Opposition Memorandum and Rule 56.1 Counterstatement of Material Facts refer to a settlement agreement that Ryan has designated as Confidential Attorney-Eyes Only pursuant to the terms of the protective order..

Exhibits 15 is a copy of a settlement agreement that Ryan has designated as Attorneys-Eyes Only pursuant to the terms of the Protective Order.

Exhibit 2 are excerpts from the deposition Ryan that refer to terms of the settlement agreement.

Ryan has taken the position that all of the information and documents which Dagny's request be sealed herein are either proprietary, commercially sensitive information or are subject to agreements of confidentiality in other matters that would harm Ryan and others if filed on the

public docket. Dagny's is willing to honor Ryan's requests at this time, subject to further review. Dagny's request herein is also narrowly tailored to protect only the information designated as confidential by Ryan.

Dagny's respectfully requests that the Court permit it to file these documents and Exhibits under seal in connection with the aforementioned motion for summary judgment.

Respectfully submitted,

**STERN & SCHURIN LLP**

By: Richard S. Schurin

Richard Schurin
rschurin@sternschurin.com
Maya Addady
maddady@sternschurin.com
595 Stewart Avenue, Suite 510
Garden City, NY 11530
Telephone: (516) 248-0300
Facsimile: (516) 283-0277

*Attorneys for Defendant*
*Dagny's Real Estate, LLC*

The Court has reviewed the proposed redactions and sealed documents and finds that they serve compelling interests outweighing the First Amendment and common law rights of access to the redacted and sealed material.

Accordingly, this Motion to Seal is GRANTED.

So ordered.

November 6, 2026