UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDY RYAN PHOTOGRAPHER, LLC,

*Plaintiff*,

v.

DAGNY'S REAL ESTATE LLC,

*Defendant*.

No. 24-CV-7787 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

For the reasons stated on the record at the November 12, 2026 hearing, Defendant's Motion for Summary Judgment is granted with respect to Plaintiff's claims under the Digital Millenium Copyright Act ("DMCA") and otherwise denied. Plaintiff's Motion for Summary Judgment is denied in its entirety. Plaintiff's Motion to exclude the testimony of Defendant's witness, Iulian Manea, is granted in part and denied in part. Specifically, paragraphs 4, 8, 11, and 12 of Manea's declaration are excluded in their entirety, and the portion of paragraph 5 reading "SmartMLS property listings, including photographs, posted by other SmartMLS members on SmartMLS are automatically populated on Dagny's website through the SmartMLS data feed" is excluded.

The Clerk of Court is respectfully directed to terminate the pending motions at Dkt. Nos. 71 and 77. The Parties are directed to update the Court on the status of the case by no later than December 4, 2026.

SO ORDERED.

Dated: November 16, 2026
White Plains, New York



KENNETH M. KARAS
United States District Judge